1 **LEILA W. MORGAN**
California Bar No. 232874
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Leila_Morgan@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 UNITED STATES OF AMERICA, | ) | Case No. 08MJ2097 |
| | ) | |
| 11     Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| 12 v. | ) | |
| | ) | |
| 13 CELESTINO LOPEZ-HERNANDEZ, | ) | |
| | ) | |
| 14     Defendant. | ) | |
| 15 _____ | ) | |

16   Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                              Respectfully submitted,

21 Dated: July 15, 2008     /s/ *Leila W. Morgan*
                                                **LEILA W. MORGAN**
22                                                 Federal Defenders of San Diego, Inc.
                                                Leila_Morgan@fd.org
23                                                 Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: July 15, 2008                              */s/ Leila W. Morgan*
                                                  **LEILA W. MORGAN**
                                                  Federal Defenders of San Diego, Inc.
                                                  Leila_Morgan@fd.org